UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN – BAY CITY

IN RE: Melanie M Sobieray

Debtor(s).
_____/

Chapter 13
Case No. 18-21111
Judge Opperman

## DEBTOR'S PROPOSED POST CONFIRMATION PLAN MODIFICATION

NOW COME the Debtor, and in support of this Proposed Post Confirmation Plan Modification, state as follows:

1. Debtors initiated this case by filing a Chapter 13 petition on 5/31/18.

2. Debtor's Chapter 13 plan was confirmed on 7/27/18.

3. Since the confirmation of Debtor's plan, four events have occurred that is making Debtor's plan run long. These events consist of
   a) Increased mortgage payment
   b) Mortgage fees
   c) Unexpected Attorney fees

4. The resolution of these events culminated in a plan payment increase through Order to Restore feasibility entered on 11/15/21. See docket # 53.

5. Debtor's mother contracted COVID19 and is suffering from long term effects.

6. Debtor has been and continues to care for her mother through regular visits and assistance.

7. Debtor's assistance and care has mainly resulted in a higher transportation expense.

8. As a result of these events, Debtor cannot afford her Chapter 13 plan payment.

9. Debtor desires to adjust her plan payment accordingly and exercise 11USC 1329(d)(1) to extend her plan to achieve discharge.

10. The Proposed modification has the following impact on the classes of creditors being paid by the Trustee as follows:
    a. Class One – Trustee Fees: NONE
    b. Class Two – Administrative Claims, Including Attorney Fees and Costs: NONE
    c. Class Three – Secured Claims to be Stripped From the Collateral and Treated as Unsecured Claims to be Paid by Trustee: NONE
    d. Class Four – Secured Claims on Which the Last Contractual Payment is Due Beyond the Length of the Plan: NONE
    e. Class Five – Secured Claims on Which the Last Payment Will Become Due Within the Plan Duration: NONE

  f.  Class Six – Executory Contracts and/or Unexpired Leases: NONE

  g.  Class Seven – Priority Unsecured Claims: NONE

  h.  Class Eight – Separately Classified Unsecured Claims: NONE

  i.  Class Nine – General Unsecured Claims: NONE

11. Debtor desire to continue his chapter 13 plan and to receive a discharge.

WHEREFORE, Debtor proposes that the chapter 13 plan be modified as follows:

A. Debtor shall amend Schedule I and J to show new income and expenses
B. Debtor's plan shall be extended from 60 to 84 months.
C. Debtor's plan payments shall be $910.83 per month effective the date of this filing.
D. In all other respects, the plan as confirmed on 7/27/18 or last modified shall remain in full force and effect.

Date: 11/24/21

/s/ Tadd R. Klimmek
Klimmek Law Office PLC
Tadd R. Klimmek P64616
Attorney for Debtor(s)
7479 Middlebelt Rd, Suite 2
West Bloomfield, MI 48322
248-804-5444
mail@klimmeklawoffice.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN – BAY CITY

IN RE: Melanie M Sobieray

Debtor(s).

Chapter 13
Case No. 18-21111
Judge Opperman

_____/

# EXHIBIT 1
## PROPOSED ORDER MODIFYING CHAPTER 13 PLAN

A Plan Modification having been filed and all necessary parties having been given adequate notice thereto and adequate notice to respond or object; and no party having otherwise responded or objected; NOW THEREFORE,

IT IS HEREBY ORDERED that the Chapter 13 Plan be modified as follows:

A. Debtor shall amend Schedule I and J to show new income and expenses
B. Debtor's plan shall be extended from 60 to 84 months.
C. Debtor's plan payments shall be $910.83 per month effective the date of this filing.
D. In all other respects, the plan as confirmed on 7/27/18 or last modified shall remain in full force and effect.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: Melanie M Sobieray

Chapter 13
Case No. 18-21111
Judge Opperman

_____/

EXHIBIT 2
Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed chapter 13 plan modification shall be served on the following:

Klimmek Law Office
Attorney for Debtor
7479 Middlebelt Rd., Suite 2
West Bloomfield, MI 48322

Thomas McDonald
Chapter 13 Trustee
3144 Davenport
Saginaw, MI 48602

/s/ Tadd R. Klimmek
Klimmek Law Office PLC
Tadd R. Klimmek P64616
Attorney for Debtor(s)
7479 Middlebelt Rd, Suite 2
West Bloomfield, MI 48322
248-804-5444
mail@klimmeklawoffice.com

11/24/21

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN – BAY CITY

IN RE: Melanie M Sobieray

Debtor(s).

Chapter 13
Case No. 18-21111
Judge Opperman

_____/

## EXHIBIT 3
## PROOF OF SERVICE

Tadd R. Klimmek, being first duly sworn, states that on 11/24/21 a copy of Debtors' Proposed Post Confirmation Plan Modification and this Proof of Service were served upon all parties list below and on the attached matrix, via first class mail.

Date: 11/24/21

/s/ Tadd R. Klimmek
Klimmek Law Office PLC
Tadd R. Klimmek P64616
Attorney for Debtor(s)
7479 Middlebelt Rd, Suite 2
West Bloomfield, MI 48322
248-804-5444
mail@klimmeklawoffice.com

Label Matrix for local noticing
0645-1
Case 18-21111-dob
Eastern District of Michigan
Bay City
Wed Nov 24 13:05:10 EST 2021

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Cheryl Cook
251 Diversion Street
Rochester Hills, MI 48307-2209

Kohls/Capital One
Attn: Bankruptcy
N56 W17000 Ridgewood Dr
Menomonee Falls, WI 53051-5660

Thomas McDonald
3144 Davenport
Saginaw, MI 48602-3494

Mr. Cooper
350 Highland Dr
Lewisville, TX 75067-4488

Navient Solutions, LLC. on behalf of
Michigan Finance Authority
PO BOX 30047
Lansing, MI 48909-7547

Molly Slutsky Simons
394 Wards Corner Rd.
Suite 180
Loveland, OH 45140-8362

Synchrony Bank/ JC Penneys
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

US Bank NA
BSI Financial Services
1425 Greenway Drive, Ste. 400
Irving, TX 75038-2480

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Chemical Bank & Trust
Attn:Customer Care Center/Bankruptcy
Po Box 569
Midland, MI 48640

Datasearch Inc
Atten: Bankruptcy Dept
85 Ne Loop 410 Ste 575
San Antonio, TX 78216-5892

Kohls/Capital One
Kohls Credit
Po Box 3120
Milwaukee, WI 53201-3120

Michigan Guaranty Agency c\o ECMC
PO Box 16358
St. Paul, MN 55116-0358

Nationstar Mortgage LLC d/b/a Mr.Cooper
PO Box 619094
Dallas, TX 75261-9094

New Penn Financial, LLC d/b/a Shellpoint Mor
P.O. Box 10675
Greenville, SC 29603-0675

Slc Conduit I Llc
Citibank USA, N.A
Po Box 6191
Sioux Falls, SD 57117-6191

Synchrony Bank/ Old Navy
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

US Bank NA
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038-2480

Cbusasears
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179-0040

Citicards
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179-0040

Tadd R. Klimmek
Klimmek Law Office PLC
7479 Middlebelt Rd.
Suite 2
West Bloomfield, MI 48322-4175

Panayiotis D. Marselis
700 N. Tower Dr.
Suite 510
Troy, MI 48098-2837

Money Recovery Nationwide
Attn: Bankruptcy
Po Box 13129
Lansing, MI 48901-3129

Navient
Attn: Bankruptcy
Po Box 9500
Wilkes-Barre, PA 18773-9500

Potestivo & Associates PC
251 Diversion St
Rochester, MI 48307-2209

Melanie M Sobieray
3990 Townline Rd
Standish, MI 48658-9109

U.S. Bank Trust National Association, as
Trustee of the Cabana Series IV Trust
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501-0305

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Attn: Bankruptcy
Po Box 982238
El Paso, TX 79998

Chase Card Services
Correspondence Dept
Po Box 15298
Wilmington, DE 19850

(d)Chase Mortgage
Attn: Case Research & Bankruptcy
Po Box 24696
Columbus, OH 43224

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage, LLC

(u)U.S. Bank Trust, N.A.

End of Label Matrix
Mailable recipients  28
Bypassed recipients   2
Total                30



## ATTACHMENT 1

### LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY:

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 80,000.00 | 92,580.00 | 0.00 | 0.00 | 0.00 |
| REAL ESTATE OTHER THAN PERSONAL RESIDENCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HHG/PERSONAL EFFECTS | 5,500.00 | 0.00 | 5,500.00 | 5,500.00 | 0.00 |
| JEWELRY | 100.00 | 0.00 | 100.00 | 100.00 | 0.00 |
| CASH/BANK ACCOUNTS | 2,150.00 | 0.00 | 2,150.00 | 2,150.00 | 0.00 |
| VEHICLES | 2,500.00 | 0.00 | 2,500.00 | 2,500.00 | 0.00 |
| OTHER (*itemize*) | | | | | |
| 401k: Employer | 20,000.00 | 0.00 | 20,000.00 | 20,000.00 | 0.00 |
| State Farm whole insurance | 5,000.00 | 0.00 | 5,000.00 | 5,000.00 | 0.00 |
| OTHER (total) | 25,000.00 | 0.00 | 25,000.00 | 25,000.00 | 0.00 |

Amount available upon liquidation $ 0.00
Less administrative expenses and costs $ 0.00
Less priority claims $ 0.00
Amount Available in Chapter 7 $ 0.00

Exhibit 5

BSS 13Network
Bss Enquiry Software Specialists
Todd Klimnek
Case Query    Calendar

Thomas McDonald Saginaw MI (sag)
Enter Case Number, Name, Social Security Number, or @1st Address Line: [    ] Go
LogOut Now

PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 | PLAN CALC 3 | MATTERS |

| 18-21111-dob | Melanie M Sobieray (xxx-xx-2088) | 3990 Townline Road · · Standish · MI · 48658 | | $930.26 HO/ | Recently Accessed Cases | 18-21111-dob Melanie M Sobieray ▾ |
|---|---|---|---|---|---|---|
| | | | | | Bar Date(s): | 8/9/2018 (has passed) 11/27/2018 (has passed) |
| | Trustee: Thomas McDonald | Attorney: Tadd Klimmek (P64616) | | | Confirmed: | 7/27/2018 |
| | | | | | Case Status: | ACTIVE (9/2/2023) |

40 Month(s) since Confirmation UP = $0.00  TPI = $37,364.26  TPILR = $37,002.26  BOH = $804.60  BOH+FEES = $858.70  Base = $56,232.86

| | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| ATTORNEY FEE | Tadd Klimmek (P64616) | | | | | | | |
| 1 | | $1,800.00 | | $1,800.00 | | | $1,800.00 | |
| DEBTOR REFUND | Melanie M Sobieray | | | | | | | |
| 2 | | | | | | | | |
| OTHER ATTY FEES/PRIOR ATTY | Tadd Klimmek (P64616) | | | | | | | |
| 3 | | $2,999.00 | | | | | | |
| MORTGAGE REGULAR PAYMENT | SN Servicing Corporation - EFT | | | | | | | |
| 4 | | | | | | $680.64 | $29,948.16 | |
| PRE-PETITION MORTGAGE ARR. | SN Servicing Corporation - EFT | | | | | | | |
| 5 | | $8,419.57 | | $5,129.26 | | | $5,129.26 | |
| POST-PETITION MORTGAGE FEES | SN Servicing Corporation - EFT | | | | | | | |
| 6 | | $650.00 | | $433.40 | | | $433.40 | |
| | All Unsecured Creditors | | | | | Percent Allowed | Amount Allowed | |
| 7 | | Total Unsecured 8359.56 | | | | | $83.60 | 1 |

Plan Terms 44   [Calc]   Unsecured % 1   [Calc]

Debtor 1 Pay Schedules
| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| Standish Steri ▾ | $910.83 | MONTHLY ▾ | $ | ? |
| Melanie M Sobie ▾ | $0.00 | MONTHLY ▾ | $ | ? |

Debtor 2 Pay Schedules
| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| DEBTOR ▾ | $0.00 | MONTHLY ▾ | $ | ? |

Due to Creditors:   $726.40   $39,908.67
In from Debtor:    $910.83   $40,076.52

Change Line # 0   [OK]
Trustee's % 6.3
Temp Sum $ 0.00
Delete Line 0   [OK]

Your Chapter 13 Information Management System    ©2021 BSS LLC

18-21111-dob    Doc 54    Filed 11/24/21    Entered 11/24/21 13:16:19    Page 9 of 9